Dismissed and Memorandum Opinion filed September 29, 2005









Dismissed and Memorandum Opinion filed September 29,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00812-CV

____________

 

WILLIAM COFFEY,
Appellant

 

V.

 

ANGELA YVETTE MOORE,
Appellee

 



 

On Appeal from the 245th District
Court

Harris County, Texas

Trial Court Cause No.
04-09507

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed January 11,
2005.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On August 29, 2005, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid for made arrangements to pay for
the record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








In response, appellant filed an affidavit of indigence.  However, in a civil case, an appellant must
file an affidavit of indigence in the trial court with or before the notice of
appeal.  Tex. R. App. P. 20.1(c). 
Appellant has not established that he filed a timely affidavit of
indigence in the trial court.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed September 29, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore.